No. 625, Misc.  DE LORENZO v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Bernard Margolius for petitioner.  Solicitor General Sobeloff, Assistant At-

torney General Olney, Beatrice Rosenberg and Robert G. Maysack for the United States.

